IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **CHASE MALONE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-0053 |
| | ) | |
| **ISLAND TIME WATERSPORTS (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS AND KAREEM BOYNES,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| **IN THE MATTER OF:** | ) | Case No. 3:21-cv-0077 |
| | ) | |
| **ISLAND TIME WATERSPORTS, LLC d/b/a CRUZ BAY WATERSPORTS,** | ) ) | |
| | ) | |
| Petitioner. | ) ) | |

**ORDER**

  **BEFORE THE COURT** is Petitioner/Defendant Island Time Watersports (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS' ("Island Time") Motion to Bifurcate, ECF No. 95, and Intervenor/Plaintiff Chase Malone's ("Malone") Motions to Bifurcate. (ECF Nos. 106, 107, and 108).

  The Court held a hearing on the parties' respective motions on February 23, 2023. (ECF No. 117.) The Court then held a status conference on March 6, 2023. For the reasons stated in the March 6 status conference, it is hereby

  **ORDERED** that the stay in the case of *Malone v. Island Time Watersports (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS*, Civ. No. 3:21-cv-0053, will remain in effect pursuant to Supplemental Admiralty and Maritime Claims Rule F(3); it is further

  **ORDERED** that the bench trial in the limitation proceeding will advance in the usual fashion, wherein exoneration will be tried first, and then, if necessary, limitation will be tried second. Then, if the Court finds that Island Time is not entitled to a limitation of liability, the

*Malone v. Islands Time Watersports, et al.*
Case Nos. 3:21-cv-0053 and 3:21-cv-0077
Order
Page 2

stay in *Malone v. Island Time Watersports (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS*, Civ. No. 3:21-cv-0053 will be lifted, and a jury trial will be held on the issues of negligence and damages; it is further

**ORDERED** that Island Time's Motion to Bifurcate, at ECF No. 95, is **DENIED**; it is further

**ORDERED** that Malone's Motion to Bifurcate, at ECF No. 106 is **DENIED,** and as such, Malone's other two Motions to Bifurcate, at ECF Nos. 107 and 108, are **MOOT**; it is further

**ORDERED** that this Order shall be docketed in both cases captioned above.

**Dated:** March 6, 2023                                             */s/ Robert A. Molloy*
                                                                             **ROBERT A. MOLLOY**
                                                                             **Chief Judge**